# EXHIBIT C

# Cattle Empire LLC

## Interactive Lot Yardsheet by Owner

Analysis of lot inventory, expenses, and projections by owner for 03/22/2024

| Lot | Pen | Owner | Avg In Date | DOF | In Wt | Current Wt | Sex | Origin | Receive | Live | Dead | Del. Cattle Cost/CWT | Avg Dly Cst | Proj Out Date |
|-----|-----|-------|-------------|-----|-------|------------|-----|--------|---------|------|------|---------------------|-------------|---------------|
| 2733 | SHIP | Agridime | 09/26/23 | 179 | 910 | 1,619 | Steer | Alexander, ND | 70.0 | 1.0 | 1.0 | 223.00 | 4.94 | 03/05/24 |
| 2758 | 85 | Agridime | 10/04/23 | 171 | 776 | 1,288 | Mixed | Hallock, MN | 73.0 | 72.0 | 0.0 | 221.00 | 3.92 | 03/09/24 |
| 2828 | 257 | Agridime | 11/17/23 | 127 | 978 | 1,341 | Mixed | Welch, OK | 128.0 | 124.0 | 1.0 | 187.00 | 4.31 | 03/21/24 |
| N202 | 541 | Agridime | 10/14/23 | 161 | 753 | 1,300 | Heifer | Altamont, KS | 70.0 | 63.0 | 7.0 | 224.00 | 4.42 | 03/28/24 |
| 2802 | 129 | Agridime | 11/01/23 | 143 | 841 | 1,276 | Heifer | Woodward, OK | 61.0 | 61.0 | 0.0 | 210.00 | 4.16 | 04/06/24 |
| 2855 | 256 | Agridime | 12/07/23 | 107 | 989 | 1,417 | Steer | Towner, ND | 127.0 | 125.0 | 1.0 | 170.00 | 4.79 | 04/20/24 |
| 2749 | 75 | Agridime | 09/29/23 | 176 | 628 | 1,129 | Mixed | ARIZONA | 155.0 | 148.0 | 6.0 | 244.00 | 3.48 | 04/26/24 |
| 2849 | 84 | Agridime | 12/01/23 | 113 | 835 | 1,166 | Mixed | New Mexico | 65.0 | 65.0 | 0.0 | 189.00 | 3.89 | 05/02/24 |
| 2856 | 294 | Agridime | 12/07/23 | 107 | 870 | 1,248 | Heifer | Towner, ND | 147.0 | 147.0 | 0.0 | 180.00 | 4.64 | 05/02/24 |
| 2827 | 206 | Agridime | 11/17/23 | 127 | 720 | 1,143 | Heifer | Welch, OK | 150.0 | 148.0 | 2.0 | 203.00 | 4.08 | 05/08/24 |
| 2858 | 63 | Agridime | 12/08/23 | 108 | 811 | 1,112 | Mixed | HOPE, KS | 78.0 | 77.0 | 1.0 | 183.00 | 3.83 | 05/09/24 |
| 2822 | 90 | Agridime | 11/14/23 | 130 | 410 | 764 | Steer | Grace, ID | 45.0 | 40.0 | 4.0 | 249.00 | 2.28 | 05/11/24 |
| 2826 | 107 | Agridime | 11/16/23 | 128 | 700 | 1,128 | Heifer | Welch, OK | 150.0 | 149.0 | 0.0 | 207.00 | 3.96 | 05/13/24 |
| 2832 | 212 | Agridime | 11/18/23 | 126 | 690 | 1,105 | Heifer | Welch, OK | 151.0 | 151.0 | 0.0 | 206.00 | 3.97 | 05/21/24 |
| 2796 | 88 | Agridime | 10/27/23 | 148 | 561 | 912 | Mixed | Idaho | 75.0 | 68.0 | 0.0 | 226.00 | 2.65 | 06/04/24 |
| 2716 | 132 | Agridime | 09/15/23 | 190 | 529 | 956 | Mixed | Cliff, NM | 250.0 | 235.0 | 10.0 | 260.00 | 2.62 | 06/11/24 |
| 2838 | 127 | Agridime | 11/21/23 | 123 | 579 | 901 | Heifer | Add on,Grace, ID | 85.0 | 81.0 | 3.0 | 207.59 | 3.01 | 06/23/24 |
| 2837 | 25 | Agridime | 11/21/23 | 123 | 594 | 939 | Heifer | Grace, ID | 82.0 | 79.0 | 2.0 | 207.00 | 3.20 | 06/25/24 |
| 2846 | 104 | Agridime | 11/29/23 | 115 | 620 | 945 | Mixed | Illinois | 83.0 | 72.0 | 9.0 | 205.00 | 3.35 | 06/29/24 |
| 2853 | 28 | Agridime | 12/08/23 | 108 | 595 | 879 | Mixed | HOPE, KS | 78.0 | 74.0 | 4.0 | 188.00 | 3.09 | 07/10/24 |
| 2820 | 91 | Agridime | 11/14/23 | 130 | 521 | 883 | Heifer | Grace, ID | 195.0 | 180.0 | 4.0 | 207.00 | 2.91 | 07/11/24 |
| 2835 | 19 | Agridime | 11/21/23 | 123 | 634 | 1,030 | Steer | Grace, ID | 82.0 | 80.0 | 1.0 | 213.00 | 3.28 | 07/24/24 |
| 2836 | 20 | Agridime | 11/21/23 | 123 | 644 | 1,062 | Steer | Grace, ID | 82.0 | 76.0 | 4.0 | 213.00 | 3.40 | 07/27/24 |
| 2821 | 86,87 | Agridime | 11/14/23 | 130 | 586 | 1,010 | Steer | Grace, ID | 175.0 | 170.0 | 5.0 | 215.00 | 3.10 | 07/30/24 |
| | | | | 136.30 | 689.73 | 1,088.01 | | | 2,657 | 2,486.0 | 65.0 | 211.36 | 3.61 | |

Case 4:26-cv-00038-P   Document 20-3   Filed 03/13/26   Page 2 of 4   PageID 130



EXHIBIT C

## Statement Of Account

**Remit To:**  Cattle Empire, LLC
2425 Road DD
Satanta, KS  67870
6206492235

| | |
|---|---|
| **Statement Date:** | 2/29/2024 |
| **Detail Date:** | 2/1/2024 |
| **Customer ID:** | 882 |

Agridime
3000 S HULEN
STE 124
FORT WORTH, TX  76109

| Date | Lot | Reference | Type | Charge | Credit |
|---|---|---|---|---|---|
| 02/01/2024 | 2640 | Freight Inv 2.01 | DM | 7,804.50 | |
| 02/05/2024 | 2640 | GO CK180711 | Pymt | | (20,427.46) |
| 02/05/2024 | 2688 | Proc. Lot 2640 | Pymt | | (1,137.47) |
| 02/07/2024 | 2700 | 16934 | Feed Inv | 7,282.32 | |
| 02/07/2024 | N159 | 16935 | Feed Inv | 1,975.74 | |
| 02/13/2024 | 1283 | Proc Lt 2700 | Pymt | | (62,400.24) |
| 02/13/2024 | 2700 | Short Pen 141 | CM | | (2,437.88) |
| 02/13/2024 | 2700 | Tyson EFT 2.13 | Pymt | | (373,152.32) |
| 02/13/2024 | N159 | Tyson EFT 2.13 | Pymt | | (148,335.33) |
| 02/14/2024 | 2688 | 16948 | Feed Inv | 3,342.61 | |
| 02/21/2024 | 2688 | Tyson EFT 2.21 | Pymt | | (94,981.59) |
| 02/21/2024 | N162 | 16960 | Feed Inv | 6,653.33 | |
| 02/22/2024 | 2767 | 16968 | Feed Inv | 6,991.76 | |
| 02/27/2024 | 2760 | 16978 | Feed Inv | 8,098.36 | |
| 02/27/2024 | N162 | Tyson EFT 2.27 | Pymt | | (142,937.81) |
| 02/28/2024 | 2767 | Tyson EFT 2.28 | Pymt | | (129,194.31) |
| 02/29/2024 | 1283 | Cr Lot 1320 | CM | | (54,942.62) |
| 02/29/2024 | 1320 | Cr to Lot 1283 | DM | 54,942.62 | |
| 02/29/2024 | 2716 | 17023 | Feed Inv | 21,814.47 | |
| 02/29/2024 | 2733 | 17024 | Feed Inv | 10,029.84 | |
| 02/29/2024 | 2734 | 17025 | Feed Inv | 10,591.59 | |
| 02/29/2024 | 2749 | 17026 | Feed Inv | 15,818.23 | |
| 02/29/2024 | 2758 | 17027 | Feed Inv | 8,738.37 | |
| 02/29/2024 | 2770 | 17028 | Feed Inv | 9,148.03 | |
| 02/29/2024 | 2796 | 17029 | Feed Inv | 6,365.99 | |
| 02/29/2024 | 2802 | 17030 | Feed Inv | 7,712.32 | |
| 02/29/2024 | 2820 | 17031 | Feed Inv | 16,510.07 | |
| 02/29/2024 | 2821 | 17032 | Feed Inv | 17,405.40 | |

## Statement Of Account

**Agridime (Continued)**

| Date | Lot | Reference | Type | Charge | Credit |
|------|-----|-----------|------|--------|--------|
| 02/29/2024 | 2822 | 17033 | Feed Inv | 2,907.26 | |
| 02/29/2024 | 2826 | 17034 | Feed Inv | 19,780.14 | |
| 02/29/2024 | 2827 | 17035 | Feed Inv | 19,328.82 | |
| 02/29/2024 | 2828 | 17036 | Feed Inv | 15,504.67 | |
| 02/29/2024 | 2832 | 17037 | Feed Inv | 19,157.39 | |
| 02/29/2024 | 2835 | 17038 | Feed Inv | 8,303.57 | |
| 02/29/2024 | 2836 | 17039 | Feed Inv | 7,964.68 | |
| 02/29/2024 | 2837 | 17040 | Feed Inv | 8,112.51 | |
| 02/29/2024 | 2838 | 17041 | Feed Inv | 7,652.64 | |
| 02/29/2024 | 2846 | 17042 | Feed Inv | 7,602.95 | |
| 02/29/2024 | 2849 | 17043 | Feed Inv | 7,152.47 | |
| 02/29/2024 | 2853 | 17044 | Feed Inv | 6,511.38 | |
| 02/29/2024 | 2855 | 17045 | Feed Inv | 18,604.97 | |
| 02/29/2024 | 2856 | 17046 | Feed Inv | 21,144.75 | |
| 02/29/2024 | 2858 | 17047 | Feed Inv | 8,731.07 | |
| 02/29/2024 | N202 | 17048 | Feed Inv | 9,392.74 | |
| 02/29/2024 | N220 | 17049 | Feed Inv | 20,236.60 | |

| | Beginning Balance | Statement Charges | Statement Credits | Amount Due |
|---|---|---|---|---|
| Feed | 1,475,256.53 | 429,314.16 | (512,120.30) | 1,392,450.39 |
| Cattle | 3,953,134.71 | 0.00 | (517,826.73) | 3,435,307.98 |
| Total | 5,428,391.24 | 429,314.16 | (1,029,947.03) | 4,827,758.37 |

*Unapplied Feed Prepayments Balance:*    0.00