# EXHIBIT D

## SECURITY AGREEMENT

Name (s) Agridime LLC                                    Hereinafter called "Debtor",
Address:  300 South Hulen St, Ste 124                    whether one or more,
City & State: Fort Worth, TX  76109

FOR VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged, does hereby grant a security interest pursuant to the Uniform Commercial Code in and to the following described property to:

Brookover Feed Yards, Inc          Hereinafter called "Creditor",
50 Grandview Drive
Garden City, KS  67846

Including all products and proceeds (which terms shall not be construed as consent by Creditor for sale thereof), hereinafter called "goods", to-wit:

All cattle, whether now owned or hereafter acquired, and being located at; Brookover Ranch Feed Yard, in Garden City, Finney County, Kansas; or Brookover Feed Yard, Garden City, Finney County, Kansas; or Brookover Feed Yard Scott City, in Scott City, Scott County, Kansas.

DEBTOR COVENANTS, WARRANTS AND AGREES THAT:

This security interest is given to secure the payment of indebtedness incurred by Debtor in favor of Creditor as evidenced by promissory notes executed by the Debtor;  all costs and expenses incurred in the collection thereof, including reasonable attorney's fees, and in enforcing Creditor's rights hereunder;  all extensions, renewals, substitutions and changes in form of the said notes;  all advances made for or on account of levies, insurance, taxes and for maintenance or recovery of the goods;  any and all other indebtedness, liabilities and obligations of the Debtor and any and all other indebtedness, Liabilities and obligations of the Debtor and any and all other indebtedness, liabilities and obligations of any other partnership or corporate entity owned either in whole or in part by Debtor, or any affiliate of the Debtor, whether now existing or hereafter arising, including all future loans and advances made to the Debtor or to any other partnership or corporate entity owned in whole or in part by Debtor;  interest on any and all monies expended or advanced by Creditor hereunder or pursuant hereto;  and for performance of the covenants and agreements herein set forth and incorporated.

It is expressly stipulated by the parties that the security interest granted herein to secure the note or notes specifically named above is a first and prior security interest on the property herein described, and that securing all other indebtedness now or hereafter owing by Debtor to the Creditor is subordinate thereto.

The rights and privileges of the Creditor hereunder shall inure to the benefit of its successors and assigns. All covenants, representations, warranties, agreements and undertaking herein set forth and incorporated are joint and several if Debtor is more than one party and shall bind the heirs, executors, administrators, successors and assigns of the Debtor. If any provision hereof shall for any reason be held to be invalid or unenforceable, such invalidity or unenforceability shall not affect any other provision hereof.

The Debtor, has or from the proceeds of the indebtedness secured hereby will acquire, absolute title to the goods free and clear of all liens, encumbrances and security interests except the security interest hereby granted to the Creditor and such other rights, if any, of Creditor, and the Debtor warrants and will defend the same unto the Creditor against the claims and demands of all persons and parties whomsoever;

Without the prior written consent of the Creditor, the Debtor will not sell, exchange, lease or in any manner dispose of the goods or any interest therein not permit any lien, encumbrance or security interest to attach thereto except that created hereby. Without the prior written consent of the Creditor, the Debtor will not remove the goods nor suffer the same to be removed from the county and state shown on the front hereof. Debtor will promptly notify the Creditor of any change of the residence of the Debtor and of any change in the location of the goods, whether such change occurs with or without the Creditor's consent. Debtor will permit the Creditor to inspect the goods at any time;

If the market value of the goods shall decline, Debtor will, upon demand of the Creditor, either pay upon the indebtedness hereby secured a sum equal to such decline or will by an instrument of like tender herewith, mortgage and grant a security

interest to the Creditor in property of equal value to such decline, and upon failure to do so, the Creditor may, at its option, accelerate and declare the indebtedness secured hereby to the immediately due and payable. Debtor will not, in any event, permit anything to be done that may impair the value of the goods or the security intended to be afforded by this agreement.

If the Debtor shall fail to make any expenditure or pay any sum necessary to discharge any lien, encumbrance, levy, security interest or other charge upon the goods, or to maintain insurance upon the goods as required hereby, the Creditor may, but shall not be required to, make any expenditure for such purpose or purposes and all sums to expended shall be payable on demand, shall bear interest at the highest lawful rate, and all such sums and interest thereon are secured hereby.

Debtor will pay all cost of filing any financing, continuation or termination statements with respect to the security interest created by this agreement; Creditor is hereby appointed Debtor's attorney in fact to do, at Creditor's option and at Debtor's expense, all acts and things which Creditor may deem necessary to perfect and continue perfected the security interest created by this agreement and to protect the good.

If the Debtor defaults in the performance or observance of any covenants contained in the note secured hereby or any other loan documents evidencing or securing the Debtor's obligation to the Creditor, including without limitation, default in payment of principal or interest when due under the note secured hereby; then, and in any such event, the Creditor may, at the Creditor's option and without notice to any party, declare all or any proceed to enforce payment of the same, to exercise any and all rights and remedies provided herein and by the Uniform Commercial Code and by any other applicable law or stature. All remedies hereunder are cumulative, and any indulgence or waiver by the Creditor will not be construed as and abandonment of any other right hereunder or of the power to enforce the same or another right at a later time.

The Creditor will give the Debtor reasonable notice of the time and place of any public sale of the goods or of the time after which any private sale of the goods or other intended disposition thereof is to be made. The requirement of reasonable notice will be deemed to have been met if such notice is mailed, postage prepaid, to the address of the address of the Debtor shown herein at least ten (10) days before the time of the sale or disposition. Expenses of retaking, holding, preparing for sale and selling the goods and the like will include reasonable attorney's fees and other legal expenses.

Effective this 23rd day of August, 2023

DEBTOR

BY: _____
Agridime LLC

CREDITOR
Brookover Feed Yards, Inc.

BY: _____
Ty Brookover