# EXHIBIT E

EXHIBIT

E

# FEEDING AGREEMENT

THIS FEEDING AGREEMENT is made and entered into this 23rd day of August, 2023, by and between Brookover Feed Yards, Inc., (a Kansas corporation) (herein the "Feeder"), and Agridime LLC (herein the "Owner"), covering cattle to be fed under Feeder's management.

A.  Feeder Agrees:
1.  To care for and feed the cattle in accordance with the standards of care and responsibility generally accepted as good animal husbandry, and to keep records of cattle numbers, pen location, feed, death loss, health, and all costs and charges, and to permit Owner the right to inspect Owner's cattle during the feeding period at reasonable business hours.
2.  To process all cattle received, which includes vaccinating, worming, implanting, ear tagging or branding, sorting, and any other treatment it shall determine desirable, necessary, or that is a legal requirement in the county or state of Feeder.
3.  To oversee the health and well being of the cattle.
4.  To employ the services of a veterinarian for attendance upon any and all cattle when in the judgment of Feeder such services are necessary or advisable; and to take any action which in the judgment of the veterinarian is required or advisable either for the safety of the cattle or for the safety of other cattle on Feeder's feedlot.
5.  To remove any sick, injured, or dead cattle from the feeding pens and place in hospital or convalescent pens or sell at Feeder's discretion with the proceeds credited to Owner's account. Records will indicate lot number, animal identification, date, and cause, if known.

B.  Owner agrees:
1.  Incoming cattle to the feed lot will weigh between 400 pounds and 1000 pounds and will be in good health and condition. Feeder has the right to refuse cattle that are out of the predetermined weight range or cattle that, in Feeder's determination, are in poor or questionable condition.
2.  To pay Feeder's customary per head per day yardage rates plus Feeder's customary rates for all medicine, processing, feed ingredients, and other miscellaneous changes billed with respect to Owner's cattle, with interest at the rates and in the amounts set forth in Feeder's invoices to Owner from time to time.
3.  To pay Feeder for veterinarian services and all other extraordinary expenses.
4.  To pay all transportation costs on incoming and outgoing cattle, and any assessed taxes on cattle.
5.  Owner has legal title to the cattle and there are no liens, encumbrances, security interests, and agreements encumbering such cattle other than those in favor of Feeder or filed by Brookover Financial Services, Inc.

6. Feeder has authority to act as Owner's agent for the purpose of administering any medicines, hormones or hormone-like implants, feed additives, or treating any disease, injury, illness, or condition of Owner's cattle which in the judgment of Feeder may be necessary or advisable.

7. Feeder has authority to market the following cattle at Feeder's discretion with the proceeds credited to Owner's account:
   a. Sick and injured cattle sent to slaughter for salvage value;
   b. Dead cattle sold to rendering companies.

8. If Owner appoints Feeder as sales agent, such sale will be made only upon approval or prior agreement of Owner. Payment for cattle shall be made direct to Feeder with the net proceeds credited to Owner's account. A photocopy of check from packing plant will be mailed to Owner along with balance in Owner's account.

9. Owner hereby makes, constitutes, and appoints Feeder as its true and lawful agent and attorney-in-fact, for Owner and in Owner's name, place, and stead, to sell, convey, and transfer all of Owner's interest in any cattle owned by Owner and in the possession of Feeder at any time, and to execute and deliver to the purchaser, in Owner's name or otherwise, a good and sufficient bill or bills of sale or other instrument of conveyance for such cattle, and to receive the purchase money therefor, to Owner's use and for the satisfaction of all debt Owner may owe to Feeder as provided in this Feeding Agreement, with full power to do everything whatsoever requisite and necessary in the accomplishment of the sale of Owner's cattle as aforesaid as fully as Owner might do if personally present, with full power of substitution and revocation. This power of attorney shall not be affected by Owner's subsequent disability or incapacity.

C. General provisions:

1. This Feeding Agreement involves only a custom feeding agreement and does not establish a partnership, agency relationship, or joint venture between Owner and Feeder.

2. Feeder hereby grants and this Agreement creates an enforceable first lien in favor of Feeder on all cattle, feed, and proceeds received from sale of cattle, to secure payment of all amounts due Feeder. Feeder may foreclose its lien by sale of cattle. Feeder's lien continues until all amounts are paid, notwithstanding removal of the cattle.

3. The term of this Feeding Agreement shall commence on the date hereof and continue until terminated by a party by the giving of at least 15 days written notice to the other party hereto.

4. The Feeder may assign its right, title, and interest in and to this Feeding Agreement and all money due or to become due hereunder; provided, however, that any such assignee shall not be obligated to assume any of Feeder's obligations hereunder unless and until it specifically agrees to do so in writing. Owner's obligations hereunder may not be assigned without the prior written consent of Feeder.

5.    This Feeding Agreement shall be binding upon the heirs, assigns, and successors of the parties hereto.

Dated the day and year first above written.

Agridime LLC                                          Brookover Feed Yard

                                                      "Feeder"

"Owner"

Josu Zink

Signature of Owner                                    By: _____
                                                      Ty Brookover

Billing Address:

3000 South Hulen St    Ste 124

Fort Worth, TX          76109

_____

Phone: _____

_____

For Sale Approval
Contact Person: _____
Contact's Phone: _____