# EXHIBIT F

# UCC FINANCING STATEMENT

**EXHIBIT F**

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**<br>JOHN JAMES | |
| **B. E-MAIL CONTACT AT SUBMITTER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>**CT Lien Solutions<br>2929 Allen Parkway, Ste. 3300<br>Houston, TX 77019<br>USA | **FILING NUMBER:** 23-0037271762<br>**FILING DATE:** 08/24/2023    05:08 PM<br>**DOCUMENT NUMBER:** 1278296480001<br>**FILED: Texas Secretary of State** |
| SEE BELOW FOR SECURED PARTY CONTACT INFORMATION | IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME **Agridime LLC** | | | |
|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS **3000 S Hulen St, Ste 124** | CITY **Fort Worth** | STATE **TX** | POSTAL CODE **76109** | COUNTRY **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME **Brookover Feed Yards, Inc.** | | | |
|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS **50 Grandview Drive** | CITY **Garden City** | STATE **KS** | POSTAL CODE **67846** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
All of the debtors cattle now or hereafter located at Brookover Feed Yard or Brookover Ranch Feed Yard, both in Finney County, Kansas, or Brookover Feed Yard located in Scott County, Kansas, whether now owned or hereafter acquired, together with all feed owned or acquired in connection with feeding such cattle: all documents of title, general intangibles, contracts, account, margin and hedge accounts pertaining to any of the foregoing, all increases, accretions, replacements, substitutions, and additional hereto, and all cash and non-cash proceeds and products thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY

# UCC FINANCING STATEMENT

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
Charles Moser 620-376-4325

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Moser Law Office
113 W. Greeley Ave.
Tribune, KS 67879
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 24-0023405696
**FILING DATE:** 03/20/2024    06:02 PM
**DOCUMENT NUMBER:** 1345872060002
**FILED: Texas Secretary of State**
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | **Agridime, LLC** |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **3000 S. Hulen St, Suite 124** | **Fort Worth** | **TX** | **76109** | **USA** |

2. DEBTOR'S NAME - Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | |
|---|---|
| 2a. ORGANIZATION'S NAME | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only <u>one</u> Secured Party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | **Brookover Feed Yards, Inc.** |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **50 Grandview Drive** | **Garden City** | **KS** | **67846** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
All of the debtor's cattle now and hereafter located at Brookover Feed Yard or Brookover Ranch Feed Yard, both in Finney County, Kansas, or Brookover Feed Yard located in Scott County, Kansas, whether now owned or hereafter acquired, together with all feed owner or acquired in connection with feeding such cattle; all documents of title, general intangibles, contracts, account, margin and hedge accounts pertaining to any of the foregoing, all increases, accretions, replacements, substitutions, and additional hereto, and all cash and non-cash proceeds and products thereof.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
Charles Moser 620-376-4325

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Charles Moser
814 Martin
Tribune, KS 67879
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 24-0023397686
**FILING DATE:** 03/20/2024    04:31 PM
**DOCUMENT NUMBER:** 1345833220002
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | |
|---|---|---|
| **1a. ORGANIZATION'S NAME** | | |
| OR | Agridime, LLC | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3000 S. Hulen St, Suite 124 | Fort Worth | TX | 76109 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | |
|---|---|---|
| **2a. ORGANIZATION'S NAME** | | |
| OR | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | | |
|---|---|---|
| **3a. ORGANIZATION'S NAME** | | |
| OR | Brookover Feed Yards, Inc. | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 50 Grandview Drive | Garden City | KS | 67846 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All of the debtors cattle now or hereafter located at Brookover Feed Yard or Brookover Ranch Feed Yard, both in Finney County, Kansas, or Brookover Feed Yard located in Scott County, Kansas, whether now owned or hereaafter acquired, together with all feed owned or acquired in connection with feeding such cattle; all documents of title, general intangibles, contracts, account, margin and hedge accounts pertaining to any of the foregoing, all increases, accretions, replacements, substitutions, and additional hereto, and all cash and non-cash proceeds and products thereof

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**