# EXHIBIT H

EXHIBIT

**H**

# PROMISSORY NOTE

Amount: $156,934.81                    Date : December 6, 2023                    Note Number: 9108   Lot #7642

137 Hfrs @ 849 #

FOR VALUE RECEIVED, the undersigned debtor, Agridime LLC 3000 S. Hulen St, Ste 124, Fort Worth, TX 76109, promises to pay to the order of Brookover Feedyards, Inc., on demand at its principal office at 50 Grandview Drive, Garden City, Finney County, Kansas the principal sum of One Hundred Fifty-Six Thousand Nine Hundred Thirty-Four and 81/100 Dollars, or such amount as shall actually be advanced, together with interest from the date hereof on the principal balance from time to time outstanding at a variable rate per annum equal to the Wall Street Journal Prime Rate (as hereinafter defined) from time to time in effect plus 1.25%.

"Wall Street Journal Prime Rate" at any time shall mean the rate of interest then most recently announced by Wall Street Journal, as its Prime Rate; and each change in the interest rate hereon shall take effect on the effective date of the change in the Wall Street Journal Prime Rate.  Interest shall be computed on the basis of a 360 day year and shall be paid for actual days elapsed.  If this note is not paid upon demand or within ten(10) days thereafter, then all sums due hereunder shall bear interest at a rate of five percent(5%) in excess of the rate set forth above.

This Note is secured by a Security Agreement dated, August 23, 2023,  to which reference is made for a statement of terms and provisions.  In addition to the holders rights to payment on demand hereunder, and regardless of whether demand has previously been made, the failure to perform the agreements in the Security Agreement  or any other instrument or agreement securing this Note, shall cause the entire unpaid principal of, and all accrued interest on, this Note then outstanding to become due and payable if the holder of this Note so elects, notice of such election being expressly waived.  The undersigned and each endorser and guarantor hereof hereby waives demand, presentment for payment, notice of nonpayment, notice of intent to accelerate, notice of acceleration, protest, notice of protest, diligence in collecting, notice of dishonor, and any and all other notices and demands whatsoever.

From time to time, without notice to any endorser or guarantor, this Note may, with the consent of the makers, be extended or renewed in whole or in part and/or the rate of interest thereon may be changed or fees in consideration thereof may be waived, exchanged, surrendered, or otherwise dealt with, and any of the acts mentioned in this Note may be done, all without affecting the liability of the makers or any endorser or guarantor, each of whom agrees to remain liable under this Note until the debt represented hereby is actually paid in full to the holder hereof.  The release of any party liable upon or in respect to this Note shall not release any other such party.

No provision of this Note shall require the payment or permit collecting of interest in excess of the maximum permitted by law.  If any excess of interest in such respect is herein provided for, or shall be adjudicated to be so provided for herein, the provisions of this paragraph shall govern, and neither the undersigned nor the successors or assigns of the undersigned shall be obligated to pay the amount of such interest to the extent that it is in excess of the amount permitted by law.  If an excess should be collected, it shall be construed as a mutual mistake of the parties, and the excess shall be credited to principal.  However, in the event that this Note has been repaid, the undersigned shall be entitled to a refund of the excess amount collected.

If the undersigned debtor is more than one person or entity, each of the undersigned shall be jointly and severally liable hereunder.

This Note is delivered in and shall be construed under the laws of the State of Kansas.

Individual Debtor: _____            12/6/2023
                   Agridime LLC.                      Dated: _____

Entity Name: _____

Brookover Feedyard, Inc.                    ENDORSEMENT

By: _____                          12-7-21
    Ty Brookover                           Dated: _____

ENDORSEMENT - The within Note is hereby endorsed by the payee named in the body of said Note as if the name of the payee were actually executed under this indorsement.
PAY TO THE ORDER OF American AgCredit, PCA, Garden City, Kansas.